Michael D. Rounds
Nevada Bar No. 4734
Adam K. Yowell
Nevada Bar No. 11748
Ryan J. Cudnik
Nevada Bar No. 12948
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com
rcudnik@bhfs.com
ayowell@bhfs.com

Evan M. Rothstein
*Admitted Pro Hac Vice*
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 90202
Telephone: (303) 223-1100
Email: erothstein@bhfs.com

*Attorneys for Defendants Bwin.Party Digital Entertainment, PLC; Bwin.Party (USA), Inc. and Bwin.Party Entertainment (NJ), LLC*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 KIETZKE LANE
RENO, NEVADA 89511

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CG TECHNOLOGY DEVELOPMENT, LLC; INTERACTIVE GAMES LIMITED; and INTERACTIVE GAMES LLC,

Plaintiffs,

v.

BWIN.PARTY DIGITAL ENTERTAINMENT, PLC; BWIN.PARTY (USA), INC.; and BWIN.PARTY ENTERTAINMENT (NJ), LLC,

Defendants.

Lead Case No.: 2:16-cv-00801-RCJ-VCF

This Document Pertains to:
Consolidated Case 2:16-cv-00871-RJF-VCF

Consolidated Cases for Pre-Trial Purposes:
2:16-cv-00781-RCJ-VCF
2:16-cv-00801-RCJ-VCF
2:16-cv-00856-RCJ-VCF
2:16-cv-00857-RCJ-VCF
2:16-cv-00858-RCJ-VCF
2:16-cv-00859-RCJ-VCF
2:16-cv-00871-RCJ-VCF

**BWIN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 KIETZKE LANE
RENO, NEVADA 89511

Defendants Bwin.Party Digital Entertainment, PLC; Bwin.Party (USA), Inc. and Bwin.Party Entertainment (NJ), LLC (collectively "Bwin" or "Defendants"), by and through Brownstein Hyatt Farber Schreck, LLP, their attorneys of record, hereby answer Plaintiffs' First Amended Complaint for Patent Infringement ("Amended Complaint," ECF No. 23) filed by Plaintiffs CG Technology Development, LLC; Interactive Games Limited and Interactive Games LLC ("Plaintiffs"), as follows.

## GENERAL DENIAL

Defendants deny any allegations in Plaintiffs' Amended Complaint that are not specifically admitted herein.

## NATURE OF ACTION

1. Admitted only that this is an action for patent infringement. Otherwise, denied.

## PARTIES

2. Bwin lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies it.

3. Bwin lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies it.

4. Bwin lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies it.

5. Admitted.

6. Admitted.

7. Admitted.

## JURISDICTION AND VENUE

8. Admitted only that this is an action for patent infringement. Otherwise, denied.

9. Admitted.

10. Admitted that personal jurisdiction in this district for this action is proper and that two of the Defendants are incorporated in Nevada. Otherwise, denied.

11. Admitted that personal jurisdiction in this district for this action is proper. Otherwise, denied.

12. Admitted that personal jurisdiction in this district for this action is proper. Otherwise, denied.

13. Bwin admits that personal jurisdiction in this district for this action is proper and that it offers online services and casino games, that at least some of those services and games are accessible in Nevada, and that it has held a number of promotional events. Otherwise, denied.

14. Bwin admits that venue is proper in Nevada, but does not admit that it is the most convenient forum.

**GENERAL ALLEGATIONS**

15. Denied.

16. Admitted only that the website speaks for itself. Otherwise, denied.

17. Admitted that Bwin offers social games to on-line users such as slots, roulette, black jack and poker. Otherwise, denied.

18. Denied.

19. Denied.

20. Denied.

21. Admitted that Bwin.PartyDigital Entertainment, Inc. received the letter, that the letter identified the listed patents, and that no agreement was reached. Otherwise, denied.

**CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF**
**(INFRINGEMENT OF U.S. PATENT NO. RE39,818)**

22. Defendants incorporate by reference their responses to Paragraphs 1 through 21 of the Amended Complaint as if fully set forth herein.

23. Admitted as to the apparent date, title, patent number, and listed inventor. Otherwise, denied.



BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 KIETZKE LANE
RENO, NEVADA 89511

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 KIETZKE LANE
RENO, NEVADA 89511

24. Bwin lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies it.

25. Denied.

26. Denied.

27. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

28. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

29. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

30. Bwin is not aware of any license or permission from Plaintiffs to use this patent at this time. Bwin is currently investigating this issue and will continue to do so throughout discovery.

31. Denied.

32. Admitted that the letter identified this patent. Otherwise, denied.

33. Denied.

**SECOND CLAIM FOR RELIEF**
**(INFRINGEMENT OF U.S. PATENT NO. 6,899,628)**

34. Defendants incorporate by reference their responses to Paragraphs 1 through 33 of the Amended Complaint as if fully set forth herein.

35-44. The ‘628 Patent has been dismissed from this action as invalid. No additional response from Bwin is believed to be necessary.

**THIRD CLAIM FOR RELIEF**
**(INFRINGEMENT OF U.S. PATENT NO. 7,534,169)**

45. Defendants incorporate by reference their responses to Paragraphs 1 through 44 of the Amended Complaint as if fully set forth herein.

46-58. The ‘169 Patent has been dismissed from this action as invalid. No additional response from Bwin is believed to be necessary.

**FOURTH CLAIM FOR RELIEF**
**(INFRINGEMENT OF U.S. PATENT NO. 6,979,267)**

59. Defendants incorporate by reference their responses to Paragraphs 1 through 58 of the Amended Complaint as if fully set forth herein.

60-72. The '267 Patent has been dismissed from this action as invalid. No additional response from Bwin is believed to be necessary.

**FIFTH CLAIM FOR RELIEF**
**(INFRINGEMENT OF U.S. PATENT NO. 8,342,924)**

73. Defendants incorporate by reference their responses to Paragraphs 1 through 72 of the Amended Complaint as if fully set forth herein.

74-84. The '924 Patent has been dismissed from this action as invalid. No additional response from Bwin is believed to be necessary.

**SIXTH CLAIM FOR RELIEF**
**(INFRINGEMENT OF U.S. PATENT NO. 7,029,394)**

85. Defendants incorporate by reference their responses to Paragraphs 1 through 84 of the Amended Complaint as if fully set forth herein.

86-95. The '394 Patent has been dismissed from this action as invalid. No additional response from Bwin is believed to be necessary.

**SEVENTH CLAIM FOR RELIEF**
**(INFRINGEMENT OF U.S. PATENT NO. 9,111,417)**

96. Defendants incorporate by reference their responses to Paragraphs 1 through 95 of the Amended Complaint as if fully set forth herein.

97-109.The '417 Patent has been dismissed from this action as invalid. No additional response from Bwin is believed to be necessary.

**EIGHTH CLAIM FOR RELIEF**
**(INFRINGEMENT OF U.S. PATENT NO. 8,771,058)**

110. Defendants incorporate by reference their responses to Paragraphs 1 through 109 of the Amended Complaint as if fully set forth herein.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 KIETZKE LANE
RENO, NEVADA 89511

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 KIETZKE LANE
RENO, NEVADA 89511

111. Admitted as to the apparent date, title, patent number, and listed inventor. Otherwise, denied.

112. Bwin lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies it.

113. Denied.

114. Denied.

115. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

116. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

117. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

118. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

119. Bwin is not aware of any license or permission to use this patent at this time. Bwin is currently investigating this issue and will continue to do so throughout discovery.

120. Denied.

121. Admitted that the letter identified this patent. Otherwise, denied.

122. Denied.

**NINTH CLAIM FOR RELIEF**
**(INFRINGEMENT OF U.S. PATENT NO. 8,814,664)**

123. Defendants incorporate by reference their responses to Paragraphs 1 through 122 of the Amended Complaint as if fully set forth herein.

124. Admitted as to the apparent date, title, patent number, and listed inventor. Otherwise, denied.

125. Bwin lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies it.

126. Denied.

127. Denied.

128. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

129. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

130. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

131. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

132. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

133. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

134. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

135. Bwin is not aware of any license or permission to use this patent at this time. Bwin is currently investigating this issue and will continue to do so throughout discovery.

136. Denied.

137. Admitted that the letter identified this patent. Otherwise, denied.

138. Denied.

## TENTH CLAIM FOR RELIEF
## (INFRINGEMENT OF U.S. PATENT NO. 9,355,518)

139. Defendants incorporate by reference their responses to Paragraphs 1 through 138 of the Amended Complaint as if fully set forth herein.

140. Admitted as to the apparent date, title, patent number, and listed inventor. Otherwise, denied.



BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 KIETZKE LANE
RENO, NEVADA 89511

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 KIETZKE LANE
RENO, NEVADA 89511

141. Bwin lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies it.

142. Denied.

143. Denied.

144. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

145. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

146. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

147. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

148. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

149. Bwin is not aware of any license or permission to use this patent at this time. Bwin is currently investigating this issue and will continue to do so throughout discovery.

150. Denied.

**ELEVENTH CLAIM FOR RELIEF**
**(INFRINGEMENT OF U.S. PATENT NO. 9,306,952)**

151. Defendants incorporate by reference their responses to Paragraphs 1 through 150 of the Amended Complaint as if fully set forth herein.

152. Admitted as to the apparent date, title, patent number, and listed inventor. Otherwise, denied.

153. Bwin lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies it.

154. Denied.

155. Denied.

156. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

157. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

158. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

159. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

160. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

161. Admitted that the images appear to be true and correct screenshots. Otherwise, denied.

162. Bwin is not aware of any license or permission to use this patent at this time. Bwin is currently investigating this issue and will continue to do so throughout discovery.

163. Denied.

## TWELFTH CLAIM FOR RELIEF
## (<u>WILLFUL INFRINGEMENT</u>)

164. Defendants incorporate by reference their responses to Paragraphs 1 through 163 of the Amended Complaint as if fully set forth herein.

165. Admitted that Plaintiffs' November 12, 2014 identifies the listed patents. Admitted that Bwin has been made aware of the existence of the Patents-in-Suit at least by such time as Plaintiffs' respective Complaints were served alleging infringement of each respective patent. Otherwise, denied.

166. Denied.

## <u>JURY DEMAND</u>

167. Defendants admit that Plaintiffs request a trial by jury in Paragraph 167 of the Amended Complaint.



BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 KIETZKE LANE
RENO, NEVADA 89511

**RESPONSE TO PRAYER FOR RELIEF IN**

**PLAINTIFFS' AMENDED COMPLAINT**

168. Defendants deny that Plaintiffs are entitled to any of the relief sought in their Prayer for Relief or any relief whatsoever.

**AFFIRMATIVE DEFENSES**

169. Defendants assert the following affirmative defenses, reserving the right to assert additional defenses when and if they become appropriate consistent with the facts discovered during the course of this case:

**FIRST AFFIRMATIVE DEFENSE**

170. Defendants do not infringe and have not infringed any valid claim of any Patent-in-Suit under any theory, including directly (whether individually or jointly), indirectly (whether contributorily or by inducement), literally, or under the doctrine of equivalents.

**SECOND AFFIRMATIVE DEFENSE**

171. One or more claims of each Patent-in-Suit are invalid because the alleged inventions fails to satisfy each of the conditions for patentability specified in 35 U.S.C. § 100 et seq., including §§ 101, 102, 103, and 112.

**THIRD AFFIRMATIVE DEFENSE**

172. Plaintiffs have failed to state a claim upon which relief can be granted.

**FOURTH AFFIRMATIVE DEFENSE**

173. Plaintiffs' claims are barred in whole or in part by the equitable doctrines of laches, waiver and estoppel and any other equitable doctrine.

**FIFTH AFFIRMATIVE DEFENSE**

174. Plaintiffs' claims are barred in whole or in part by prosecution history estoppel.

**SIXTH AFFIRMATIVE DEFENSE**

175. Plaintiffs' claim for damages for alleged infringement is limited by 35 U.S.C. §§ 286 and 287.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 KIETZKE LANE
RENO, NEVADA 89511

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 KIETZKE LANE
RENO, NEVADA 89511

**SEVENTH AFFIRMATIVE DEFENSE**

176. Plaintiffs are barred by 35 U.S.C. § 288 from recovering costs associated with this action.

**EIGHTH AFFIRMATIVE DEFENSE**

177. To the extent Plaintiffs' allegations of infringement include any method, system, apparatus, and/or product used by or manufactured by or for the United States, Plaintiffs' claim for damages for alleged infringement is limited and/or barred by 28 U.S.C. § 1498.

**NINTH AFFIRMATIVE DEFENSE**

178. Plaintiffs' claims against Bwin are barred to the extent they include any method, system, apparatus, and/or product directly or indirectly provided to or by Bwin in connection with an entity that has an express or implied license to the Patents-in-Suit.

**TENTH AFFIRMATIVE DEFENSE**

179. On information and belief, Plaintiffs do not hold all rights and interest to at least the '818 Patent-in-Suit and therefore lack the right to sue for infringement of at least this Patent-in-Suit by the accused Bwin methods, systems, apparatuses and/or products.

**ELEVENTH AFFIRMATIVE DEFENSE**

180. Plaintiffs' claims against Bwin are barred on the grounds of the doctrine of divided infringement.

**TWELFTH AFFIRMATIVE DEFENSE**

181. Plaintiffs' request for injunctive relief is barred in whole or in part because there exists an adequate remedy at law should any infringement be found, and Plaintiffs' cannot meet the requirements for injunctive relief.

**RESERVATION OF ADDITIONAL DEFENSES**

182. Defendants presently have insufficient knowledge or information upon which to form a belief whether there may be additional, as yet unstated, defenses and reserves the right to assert additional defenses in the event that discovery indicates that such defenses are appropriate.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 KIETZKE LANE
RENO, NEVADA 89511

**PRAYER**

WHEREFORE, Defendants request that:

A. Plaintiffs take nothing by way of their First Amended Complaint;

B. The First Amended Complaint be dismissed with prejudice and the Court enter judgment in favor of Bwin;

C. The Court find this case exceptional under 35 U.S.C. § 285 and that it award Bwin its reasonable attorneys' fees and costs; and

D. The Court grant Bwin all other and further relief as the Court deems just and proper.

Dated January 6, 2017.

By: *_/s/ Michael D. Rounds_*

Michael D. Rounds
Nevada Bar No. 4734
Adam K. Yowell
Nevada Bar No. 11748
Ryan J. Cudnik
Nevada Bar No. 12948
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com
rcudnik@bhfs.com
ayowell@bhfs.com

Evan M. Rothstein
*Admitted Pro Hac Vice*
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Email: erothstein@bhfs.com

*Attorneys for Defendants Bwin.Party Digital Entertainment, PLC, Bwin.Party (USA), Inc. and Bwin.Party Entertainment (NJ), LLC*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 KIETZKE LANE
RENO, NEVADA 89511

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, I electronically filed the foregoing document, titled **BWIN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**, with the Clerk of the Court through the Case Management / Electronic Filing System, which will provide notice of such filing to counsel of record in the consolidated cases as listed below.

Molly M. Rezac
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
543 Plumas Street
Reno, NV 89509
Telephone: (775) 440-2372
Email: molly.rezac@ogletreedeakins.com

Erica J Chee
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702-369-6800
Email: erica.chee@ogletreedeakins.com

Robert F. Shaffer
James R. Barney
Anthony D. Del Monaco
Scott A. Allen
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
901 New York Ave. NW
Washington, DC 20001-4413
Telephone: 202-408-4000
Email: robert.shaffer@finnegan.com
Email: james.barney@finnegan.com
Email: anthony.delmonaco@finnegan.com
Email: scott.allen@finnegan.com

*Attorneys for Plaintiffs CG Technology Development, LLC; Interactive Games Limited; and Interactive Games LLC*

Eric A. Buresh
ERISE IP, P.A.
5251 W. 116th Place
Leawood, KS 66211
Telephone: 913-777-5600
Email: eric.buresh@eriseip.com

Megan Redmond
Caroline Bader
Clifford T. Brazil
ERISE IP, P.A.
6201 College Blvd, Ste. 300
Overland Park, KS 66211
Telephone: 913-777-5600
Email: megan.redmond@eriseip.com
Email: carrie.bader@eriseip.com
Email: cliff.brazil@eriseip.com

W. West Allen
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: 702-667-4843
Email: wwa@h2law.com

*Attorneys for Defendant FanDuel, Inc., Case 2:16-cv-00801-RCJ-VCF*

| | |
|---|---|
| William M. Gantz<br>David R. Metzger<br>DENTONS US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606<br>Telephone: 312-876-8000<br>Email: bill.gantz@dentons.com<br>Email: david.metzger@dentons.com<br><br>Derek A. Auito<br>DENTONS US LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>Telephone: 202 496 7102 | Cayla Witty<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Telephone: 702-893-3353<br>Email: cayla.witty@lewisbrisbois.com |
| *Attorneys for Consolidated Defendant 888 Holdings PLC, Case 2:16-cv-00856-RCJ-VCF* | |
| Douglas F. Stewart<br>BRACEWELL LLP<br>701 Fifth Avenue, Suite 6200<br>Seattle, WA 98104<br>Telephone: 206-204-6271<br>Email: doug.stewart@bracewelllaw.com<br><br>David J. Ball<br>BRACEWELL LLP<br>1251 Avenue of the Americas, 49th Floor<br>New York, NY 10020<br>Telephone: 212-508-6133<br>Email: david.ball@bracewelllaw.com | Michael N. Feder<br>DICKINSON WRIGHT PLLC<br>8363 West Sunset Road, Suite 200<br>Las Vegas, NV 89113-2210<br>Telephone: 702-550-4400<br>Email: mfeder@dickinson-wright.com |
| *Attorneys for Consolidated Defendant Big Fish Games, Inc., Case 2:16-cv-00857-RCJ-VCF* | |
| John M. Desmarais<br>Paul A. Bondor<br>Justin P.D. Wilcox<br>Ameet A. Modi<br>Brian Matty<br>DESMARAIS LLP<br>230 Park Ave Fl. 26<br>New York, NY 10169<br>Telephone: 212-351-3400<br>Email: jdesmarais@desmaraisllp.com<br>Email: pbondor@desmaraisllp.com<br>Email: jwilcox@desmaraisllp.com<br>Email: amodi@desmaraisllp.com<br>Email: bmatty@desmaraisllp.com | Cayla Witty<br>Kristol Bradley Ginapp<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Telephone: 702-893-3353<br>Email: cayla.witty@lewisbrisbois.com<br>Email: kristol.ginapp@lewisbrisbois.com |
| *Attorneys for Consolidated Defendant Double Down Interactive, LLC, ., Case 2:16-cv-00858-RCJ-VCF* | |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 KIETZKE LANE
RENO, NEVADA 89511

Sonali D. Maitra
Timothy C. Saulsbury
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Email: smaitra@durietangri.com
Email: tsaulsbury@durietangri.com

Brian R. Hardy
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: 702-207-6096
Email: bhardy@maclaw.com

*Attorneys for Consolidated Defendant Zynga, Inc., Case 2:16-cv-00859-RCJ-VCF*

Jonathan Berschadsky
FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-218-2100
Email: jberschadsky@fchs.com

Jason M. Dorsky
Kathryn E. Easterling
FITZPATRICK CELLA HARPER & SCINTO
975 F Street, NW, Suite 400
Washington, DC 20004
Telephone: 202-530-1010
Email: jdorsky@fchs.com
Email: keasterling@fchs.com

Michael J. McCue
Jonathan W. Fountain
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Telephone: 702-949-8340
Email: mmccue@lrrc.com
Email: jfountain@lrrc.com

*Attorneys for Consolidated Defendant DraftKings, Inc., Case 2:16-cv-00781-RCJ-VCF*

/s/ *Jeff Tillison*
Brownstein Hyatt Farber Schreck, LLP